# WINDELS MARX

**Windels Marx Lane &
Mittendorf, LLP**

Jeffrey C. Hoffman
156 West 56th Street
New York, New York 10019
T. 212.237.1000  F. 212.262.1215
jhoffman@windelsmarx.com

July 17, 2022

*Via ECF*

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal
Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE:  **United States v. Paul Parmar, Criminal No. 2:18-cr-00735-MCA
      Request for One Day Adjournment**

Dear Judge Arleo:

I am writing to respectfully request a one-day adjournment of the oral arguments scheduled to be held in the above matter tomorrow, July 18, 2022. I make this request because a close personal friend and colleague of many years, Jerry Shargel, just passed away and his funeral is tomorrow, conflicting with my appearance at the oral argument.

I did contact the Government to see if they would consent to or oppose this request and it is my understanding that they are not taking a position, although they are available on Tuesday, July 19, 2022, if the Court is inclined to grant my request. I would be deeply appreciative if the Court could adjourn the matter for a single day to enable me to attend the proceedings. While I recognize that the argument will be focused on the co-defendant's motions, it remains important to my client's defense that I be in attendance.

Honorable Madeline Cox Arleo
July 17, 2022
Page 2

I will of course make myself available on another date if a single day's adjournment is impossible for the Court or for any other counsel.

Respectfully submitted,

*/s/ Jeffrey C. Hoffman*

Jeffrey C. Hoffman
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel: 212.237.1018 | Fax: 212.262.1215
jhoffman@windelsmarx.com |

cc: AUSA Nicholas Grippo
    AUSA Caroline Silane
    AUSA Matthew Nikic

    Ricardo Solano
    Friedman Kaplan Seiler & Adelman LLP

    Franklin G. Monsour, Jr.
    Orrick Herrington & Sutcliffe LLP