

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street*          *973-645-2700*
*Newark, New Jersey 07102*

**VIA Email & ECF**                                October 24, 2022

Honorable Madeline Cox Arleo
United States District Judge
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

                    Re:    United States v. Parmar/Bakhshi
                           Crim. No. 18-735

Dear Judge Arleo:

        The Government writes with consent of counsel for defendants Parmjit Parmar and Pavandeep Bakhshi regarding a trial date in this case:

1.  All counsel are available for trial during the month of April 2023. However, defendant Parmar's position is that, due to his medical condition, it is unrealistic to set a trial date at this time, and that a status conference setting the trial date should not occur until after the New Year. The Government's position is that a trial date should be set at this time.

2.  The Government estimates that its case-in-chief will last approximately three weeks. Defendant Parmar has represented to the Government that its defense case will take an additional two-to-three weeks.

3.  At this time, the Government does not currently intend to file any additional pretrial motions, with the exception of an anticipated motion to strike two words from the indictment. Defendant Parmar advises that he intends to file additional pretrial motions. Defendant Bakhshi advises that he may file additional pretrial motions.

                              Respectfully submitted,
                              PHILIP R. SELLINGER
                              United States Attorney

                                   /s/ *Matthew F. Nikic*
                         By:    _____
                                   MATTHEW F. NIKIC
                                   CAROLYN SILANE
cc:  All Counsel, via ECF          Assistant United States Attorneys