**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    v.<br><br>PARMJIT PARMAR,<br>      a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Parmjit Parmar.

    I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Bar(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Bar or Court:

- State Bar of New York, 2019
- U.S. Tax Court, 2021

Dated: March 12, 2025          Respectfully submitted,

                                        By: *s/ Alessandra Rafalson*
                                              Alessandra V. Rafalson
                                              COOLEY LLP
                                              55 Hudson Yards
                                              New York, NY 10001-2157
                                              Telephone: (212) 479-6864
                                              Facsimile: (212) 479-6275
                                              arafalson@cooley.com