# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>    a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

## UNOPPOSED MOTION TO SEAL

Defendant Parmjit Parmar moves for an Order in the above-captioned matter to seal portions of his Motion to Continue Trial ("Motion to Continue") and to file a redacted version of the Motion to Continue on the public docket.

Although there is a presumed right of access to judicial records, the right is not absolute. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). While the presumption of access is strong, it can be overcome if the party seeking "to overcome the presumption of access [can] show that the interest in secrecy outweighs the presumption." *LEAP Sys., Inc. v. MoneyTrax, Inc.*, 638 F.3d 216, 221–22 (3d Cir. 2011). That is, the Third Circuit "permit[s] the sealing of documents when justice so requires." *Id.* at 221.

Justice requires the sealing of certain limited portions of Mr. Parmar's Motion to Continue because these portions contain sensitive, non-public information that implicate matters of national security and could jeopardize Mr. Parmar's safety if publicly disclosed. Accordingly, this confidential, non-public information should be sealed, and Mr. Parmar should be permitted to file the Motion to Continue under seal and a redacted version of the motion on the public docket. *See, e.g.*, *United States v. Sharif*, 2024 WL 3401571, at *1 n.1 (D.N.J. July 12, 2024) (directing the

Clerk of Court to file defendant's motion under seal because it "included sensitive information").

The Government does not oppose Mr. Parmar's Motion to Seal.

    **PLEASE TAKE NOTICE** that a proposed form of Order is submitted with this motion.

Dated:  March 12, 2025                       Respectfully submitted,

                                      By:  *s/ Andrew D. Goldstein*
                                           Andrew D. Goldstein
                                           Victoria R. Pasculli
                                           Alessandra V. Rafalson
                                           COOLEY LLP
                                           55 Hudson Yards
                                           New York, NY 10001-2157
                                           Telephone: (212) 479-6000
                                           Facsimile: (212) 479-6275
                                           agoldstein@cooley.com
                                           vpasculli@cooley.com
                                           arafalson@cooley.com

                                           John H. Hemann
                                           COOLEY LLP
                                           3 Embarcadero Center, 20th Floor
                                           San Francisco, CA 94111-4004
                                           Telephone: (415) 693-2000
                                           Facsimile: (415) 693-2222
                                           jhemann@cooley.com

                                           Anuva V. Ganapathi
                                           COOLEY LLP
                                           3175 Hanover Street
                                           Palo Alto, CA 94304-1130
                                           Telephone: (650) 843-5000
                                           Facsimile: (650) 843-7400
                                           aganapathi@cooley.com

                                           *Counsel for Parmjit Parmar*