UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-735 |
| | : | |
| v. | : | <u>NOTICE OF APPEARANCE</u> |
| | : | |
| PARMJIT PARMAR, et al. | : | |

    PLEASE TAKE NOTICE that John Giordano, United States Attorney for the District of New Jersey, by George M. Barchini (George.Barchini@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

                                      JOHN GIORDANO
                                      United States Attorney

                                      <u>*/s/ George M. Barchini*</u>
                                      By:  George M. Barchini
                                      Assistant U.S. Attorney

Dated:    March 24, 2025