UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Criminal No. 18-735 |
| | : | |
| PARMJIT PARMAR, | : | |
| a/k/a "Paul Parmar," | : | |

This matter having come before the Court on the joint application of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Kelly M. Lyons, Assistant U.S. Attorney, appearing), and defendant Parmjit Parmar, a/k/a "Paul Parmar" (John H. Hemann, Esq., appearing), for an order excluding time in the above-captioned matter; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. On February 13, 2025, the defendant's newly-retained counsel entered their appearances in this matter. On February 26, 2025, the Court set a peremptory trial date for June 16, 2025.

2. On March 12, 2025, the defendant filed a motion to continue the trial date, which was denied on April 2, 2025.

3. The parties agree that time should be excluded from the date of this Order through June 16, 2025, to allow the parties to engage in plea negotiations and to effectively prepare for trial.

4. The failure to grant the requested exclusion of time would deny

counsel for the defendant and counsel for the Government the reasonable time necessary to effectively prepare for trial, taking into account the exercise of due diligence.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 10th day of April, 2025,

(1) ORDERED that this action be, and hereby is, continued until June 16, 2025; and it is further

(2) ORDERED that the period from the date of this order through June 16, 2025, be and hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et sea.*

_____
Honorable Madeline Cox Arleo
United States District Judge

Consented to as to form and entry:

/s/ Kelly M. Lyons
_____
KELLY M. LYONS
Assistant U.S. Attorney

/s/ John H. Hemann
_____
JOHN H. HEMANN, ESQ.
Counsel for Defendant Parmjit Parmar

2