UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>PARMJIT PARMAR,<br>       a/k/a "Paul Parmar" | Hon. Madeline Cox Arleo<br><br>Criminal No. 18-735 |

**[PROPOSED] ORDER**

**NOW**, this _____ day of _____, upon consideration of Defendant Parmjit Parmar's letter motion dated January 26, 2026;

**IT IS HEREBY ORDERED THAT** Mr. Parmar's motion to disqualify and motion for a stay is **GRANTED**.

SO ORDERED:

_____
Honorable Madeline Cox Arleo
United States District Judge