DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Parmjit "Paul" Parmar

Defendant(s).

Criminal No. 18-cr-735

**SENTENCING SUBMISSION NOTICE OF DEFENDANT**

Please be advised that, on this date, defendant Parmjit "Paul" Parmar submitted sentencing materials to the Court in this case.

Date: January 26, 2026

By: s/Andrew Goldstein